# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GLUE WILKINS,                 :   No. 84 MM 2016

         Petitioner       :

        v.                :

DAUPHIN COUNTY COURT OF   :
COMMON PLEAS AND HON. WILLIAM T.   :
TULLY,                       :

       Respondents     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2016, the Application for Leave to File Original Process is **GRANTED**, and the King's Bench Motion is **DENIED**. The Prothontary is **DIRECTED** to strike the name of the jurist from the caption.